# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| | (For Offenses Committed On or After November 1, 1987) |
| James Robert Kirkland | Case Number: DNCW101CR000078-001 |
| | USM Number: 16920-058 |
| | Pro Se |
| | Defendant's Attorney |

**THE DEFENDANT:**

| X | admitted guilt to violation of condition(s) <u>1-7</u> of the term of supervision. |
|---|---|
| X | was found in violation of condition(s) count(s) <u>1-7</u>. |

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violations(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Failure to Comply with Mental Health Treatment Requirements | 10/30/08 |
| 2 | Failure to Report to Probation Officer as Instructed | 10/22/08 |
| 3 | Failure to Report Change in Residence | 10/28/08 |
| 4 | Drug/Alcohol Use | 3/23/07 |
| 5 | Other | 10/28/08 |
| 6 | Failure to Pay Court Appointed Attorney Fees | 10/30/08 |
| 7 | New Law Violation | 12/7/08 |

    The Defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, <u>United States v. Booker</u>, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).
    The Defendant has not violated condition(s) _____ And is discharged as such to such violation(s) condition.
    **IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.
All monetary penalties from initial judgment are remitted except restitution, if any.

    Sentencing Date: 2/24/09

Signed: March 2, 2009

Lacy H. Thornburg
United States District Judge

Defendant: James Robert Kirkland  Judgment-Page 2 of 2
Case Number: DNCW101CR000078-001

**IMPRISONMENT**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>10 months</u>.

| | |
|---|---|
| __ | The Court makes the following recommendations to the Bureau of Prisons: |
| X | The Defendant is remanded to the custody of the United States Marshal. |
| __ | The Defendant shall surrender to the United States Marshal for this District: |

    __ As notified by the United States Marshal.

    __ At___a.m. / p.m. on ___.

__ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    __ As notified by the United States Marshal.

    __ Before 2 p.m. on ___.

    __ As notified by the Probation Office.

**RETURN**

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this Judgment.

_____
United States Marshal

By:   _____
      Deputy Marshal