

**North Carolina Western**
**MEMORANDUM**

**Date:** August 24, 2011

**To:** The Honorable Robert J. Conrad, Jr.
Chief U.S. District Judge

**From:** James C. Kent, Jr.
Senior U.S. Probation Officer

**Subject:** James Robert Kirkland
1:01CR78-1
Request to Destroy

---

This defendant began his term of supervised release on 9/28/06, after release from a sentence for Bank Robbery.

During the course of this defendant's supervised release, a search was conducted of his residence on 4/6/07. He is a registered sex offender for a state offense of Taking Indecent Liberties with a Minor. He had a special condition of supervised release to not possess any "erotic material". During this search, 6 pornographic DVD's were seized by this officer.

Mr. Kirkland's supervised release was revoked by The Honorable Lacy Thornburg on 2/24/09 and he was sentenced to 10 months imprisonment.

Currently, this defendant is in custody in Texas and is awaiting sentencing for Failing to Register as a Sex Offender.

**I am requesting Your Honor's permission to destroy the pornographic DVD's seized on 4/6/07.**

Thank you for your attention to this matter and if there are any questions please call me at 704-350-7646.

THE COURT ORDERS:

( x )    Destroy seized evidence as requested

(  )    Do Not Destroy evidence

(  )    Return to defendant

Date: _____

_____

Robert J. Conrad, Jr.
Chief United States District Judge